UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Matthew Fissel Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (215) 627-1322
bkgroup@kmllawgroup.com
Attorneys for Weichert Financial Services

Case No: 26-16647 EJO

Chapter: 13

Judge: Eamonn J. O'Hagan

In Re:

Richard B. Mckenna  Jr. aka Richard McKenna

Debtor(s).

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Weichert Financial Services.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 06/24/2026

/s/ *Matthew Fissel*
Matthew Fissel
24 Jun 2026, 12:11:31, EDT
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106

FAX: (215) 627-7734
Attorney for Creditor

*new 8/1/15*

Document ID: b268b95842c09276483985946237014fce48621675cc1435f84d8f912444220a