Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26−16647−EJO
Chapter:  13
Judge:  Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Richard B. McKenna Jr.
aka Richard McKenna
16 Chesapeake Ct
Barnegat, NJ 08005−2517

Social Security No.:
xxx−xx−7471

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              9/2/26
Time:              10:00 AM
Location:          Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 17, 2026
JAN: hwn

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:

Richard B. McKenna, Jr.

    Debtor

Case No. 26-16647-EJO

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 17, 2026 | Form ID: 132 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Richard B. McKenna, Jr., 16 Chesapeake Ct, Barnegat, NJ 08005-2517 |
| 521243920 | + | Crosswinds Condominium Association, 184 Bayshore Drive, Barnegat, NJ 08005-2567 |
| 521243921 | + | Dasti McGuckin McNichols Connors Anthony, Buckley, 620 West Lacey Road, Forked River, NJ 08731-2244 |
| 521243922 | + | Estate of Richard B. McKenna, c/o Kathleen E. McKenna, Executrix, 16 Chesapeake Court Unit A, Barnegat, NJ 08005-2517 |
| 521243929 | | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 521243928 | + | Karen McKenna, 31 W. 6th Avenue, Runnemede, NJ 08078-1315 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 17 2026 21:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 17 2026 21:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521243914 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2026 03:35:08 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 521243913 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2026 03:35:08 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 521243917 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 17 2026 21:56:45 | Capital One N A, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 521255012 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 17 2026 21:56:23 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521243918 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 17 2026 21:56:19 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 521243919 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 17 2026 21:56:19 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 521243938 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 17 2026 21:51:00 | Weichert Finance Ser/D, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 521243925 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 17 2026 21:53:00 | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 521243923 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 17 2026 21:53:00 | Genesis Fs Card Services, PO Box 4499, Beaverton, OR 97076-4499 |
| 521243927 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 17 2026 21:56:42 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 521280491 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 17 2026 21:56:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521296687 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| Recip ID | | Notice | | Name and Address |
|---|---|---|---|---|
| | | Jul 17 2026 21:56:34 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 521243930 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jul 17 2026 21:56:22 | | Portfolio Rc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 521243931 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jul 17 2026 21:56:34 | | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 521243932 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 17 2026 21:56:41 | | Syncb/ebay, PO Box 71737, Philadelphia, PA 19176-1737 |
| 521243933 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 17 2026 21:56:18 | | Syncb/ebay, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 521243937 | | Email/Text: bkelectronicnotices@usaa.com | | |
| | | Jul 17 2026 21:50:00 | | Usaa Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |
| 521243936 | | Email/Text: bkelectronicnotices@usaa.com | | |
| | | Jul 17 2026 21:50:00 | | Usaa Federal Savings Bank, 10750 McDermott Fwy, San Antonio, TX 78288-0002 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521243916 | * | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 521296916 | * | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 521296914 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 521296913 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 521296915 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 521243915 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 521296917 | * | Capital One N A, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 521296918 | * | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 521296919 | * | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 521296920 | *+ | Crosswinds Condominium Association, 184 Bayshore Drive, Barnegat, NJ 08005-2567 |
| 521296938 | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, Weichert Finance Ser/D, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 521296921 | *+ | Dasti McGuckin McNichols Connors Anthony, Buckley, 620 West Lacey Road, Forked River, NJ 08731-2244 |
| 521296922 | *+ | Estate of Richard B. McKenna, c/o Kathleen E. McKenna, Executrix, 16 Chesapeake Court Unit A, Barnegat, NJ 08005-2517 |
| 521243926 | * | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 521296925 | * | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 521296926 | * | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 521243924 | * | Genesis Fs Card Services, PO Box 4499, Beaverton, OR 97076-4499 |
| 521296923 | * | Genesis Fs Card Services, PO Box 4499, Beaverton, OR 97076-4499 |
| 521296924 | * | Genesis Fs Card Services, PO Box 4499, Beaverton, OR 97076-4499 |
| 521296927 | * | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 521296929 | * | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 521296928 | *+ | Karen McKenna, 31 W. 6th Avenue, Runnemede, NJ 08078-1315 |
| 521296930 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Rc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 521296931 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 521243934 | *+ | Syncb/ebay, PO Box 71737, Philadelphia, PA 19176-1737 |
| 521296932 | *+ | Syncb/ebay, PO Box 71737, Philadelphia, PA 19176-1737 |
| 521296934 | *+ | Syncb/ebay, PO Box 71737, Philadelphia, PA 19176-1737 |
| 521243935 | * | Syncb/ebay, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 521296933 | * | Syncb/ebay, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 521296935 | * | Syncb/ebay, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 521296937 | * | Usaa Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |
| 521296936 | * | Usaa Federal Savings Bank, 10750 McDermott Fwy, San Antonio, TX 78288-0002 |

TOTAL: 0 Undeliverable, 32 Duplicate, 0 Out of date forwarding address

District/off: 0312-3                    User: admin                              Page 3 of 3
Date Rcvd: Jul 17, 2026                 Form ID: 132                        Total Noticed: 26

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Richard B. McKenna  Jr. bkclient@straffilaw.com, g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor Weichert Financial Services bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4