UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 26-16647-EJO |
| McKenna Jr., Richard B., Debtor | Chapter: | 13 |
| | Judge: | EJO |

**NOTICE OF PROPOSED PRIVATE SALE**

Daniel E. Straffi, Jr., Attorney for Debtor, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Eamonn J. O'Hagan on September 2, 2026 at 9:00 a.m. at the United States Bankruptcy Court, courtroom no. 2, 402 E. State Street, Trenton, NJ 08608. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 16 Chesapeake Court
Barnegat, NJ 08005

Proposed Purchaser: Lauren Walters

Sale price: $215,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | | |
|---|---|---|
| Name of Professional: | Kristen E. Johnson, Esq. | Sean MacDonald |
| Amount to be paid: | $1750.00 | 2.5% commission Seller Agent/2% commission Buyer agent |
| Services rendered: | Legal services for sale | Realtor services for sale |

Higher and better offers will be received. They must be in writing and filed with the clerk later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Jr., Esq.

Address: 670 Commons Way Toms River, NJ 08755

Telephone No.: 732-341-3800

*rev.8/1/15*