UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In Re: | | Case No.: | 26-16647-EJO |
| McKenna Jr., Richard B., Debtor | | Chapter: | 13 |
| | | Judge: | EJO |

**NOTICE OF PROPOSED PRIVATE SALE**

Daniel E. Straffi, Jr., Attorney for Debtor, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Eamonn J. O'Hagan on September 2, 2026 at 9:00 a.m. at the United States Bankruptcy Court, courtroom no. 2, 402 E. State Street, Trenton, NJ 08608. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 16 Chesapeake Court
Barnegat, NJ 08005

Proposed Purchaser: Lauren Walters

Sale price: $215,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | | |
|---|---|---|
| Name of Professional: | Kristen E. Johnson, Esq. | Sean MacDonald |
| Amount to be paid: | $1750.00 | 2.5% commission Seller Agent/2% commission Buyer agent |
| Services rendered: | Legal services for sale | Realtor services for sale |

Higher and better offers will be received. They must be in writing and filed with the clerk later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Jr., Esq.

Address: 670 Commons Way Toms River, NJ 08755

Telephone No.: 732-341-3800

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-16647-EJO
Richard B. McKenna, Jr. Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 3
Date Rcvd: Aug 13, 2026 Form ID: pdf905 Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Richard B. McKenna, Jr., 16 Chesapeake Ct, Barnegat, NJ 08005-2517 |
| r | + | Sean MacDonald, EXP Realty, 28 Valley Road, Montclair, NJ 07042-2709 |
| 521310710 | + | Crosswinds Association, 620 Lacey Road, Forked River, NJ 08731, Forked River, NJ 08731-2244 |
| 521243920 | + | Crosswinds Condominium Association, 184 Bayshore Drive, Barnegat, NJ 08005-2567 |
| 521243921 | + | Dasti McGuckin McNichols Connors Anthony, Buckley, 620 West Lacey Road, Forked River, NJ 08731-2244 |
| 521243922 | + | Estate of Richard B. McKenna, c/o Kathleen E. McKenna, Executrix, 16 Chesapeake Court Unit A, Barnegat, NJ 08005-2517 |
| 521243929 | | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 521243928 | + | Karen McKenna, 31 W. 6th Avenue, Runnemede, NJ 08078-1315 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 13 2026 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 13 2026 21:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521243914 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2026 21:49:48 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 521243913 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2026 21:49:34 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 521243917 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2026 21:49:23 | Capital One N A, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 521255012 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 13 2026 21:49:38 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521243918 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 13 2026 21:49:48 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 521243919 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 13 2026 21:49:47 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 521243938 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 13 2026 21:45:00 | Weichert Finance Ser/D, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 521243925 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 13 2026 21:47:00 | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 521243923 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 13 2026 21:47:00 | Genesis Fs Card Services, PO Box 4499, Beaverton, OR 97076-4499 |
| 521243927 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 13 2026 21:49:20 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 521280491 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2026 21:49:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521296687 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2026 21:49:50 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 521243930 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2026 21:49:50 | Portfolio Rc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 521243931 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2026 21:49:50 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 521243932 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 13 2026 21:49:46 | Syncb/ebay, PO Box 71737, Philadelphia, PA 19176-1737 |
| 521243933 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 13 2026 21:49:46 | Syncb/ebay, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 521243937 | | Email/Text: bkelectronicnotices@usaa.com | Aug 13 2026 21:36:00 | Usaa Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |
| 521243936 | | Email/Text: bkelectronicnotices@usaa.com | Aug 13 2026 21:36:00 | Usaa Federal Savings Bank, 10750 McDermott Fwy, San Antonio, TX 78288-0002 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521243916 | * | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 521296916 | * | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 521296914 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 521243915 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 521296913 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 521296915 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 521296917 | * | Capital One N A, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 521296918 | * | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 521296919 | * | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 521296920 | *+ | Crosswinds Condominium Association, 184 Bayshore Drive, Barnegat, NJ 08005-2567 |
| 521296938 | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, Weichert Finance Ser/D, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 521296921 | *+ | Dasti McGuckin McNichols Connors Anthony, Buckley, 620 West Lacey Road, Forked River, NJ 08731-2244 |
| 521296922 | *+ | Estate of Richard B. McKenna, c/o Kathleen E. McKenna, Executrix, 16 Chesapeake Court Unit A, Barnegat, NJ 08005-2517 |
| 521243926 | * | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 521296925 | * | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 521296926 | * | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 521243924 | * | Genesis Fs Card Services, PO Box 4499, Beaverton, OR 97076-4499 |
| 521296923 | * | Genesis Fs Card Services, PO Box 4499, Beaverton, OR 97076-4499 |
| 521296924 | * | Genesis Fs Card Services, PO Box 4499, Beaverton, OR 97076-4499 |
| 521296927 | * | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 521296929 | * | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 521296928 | *+ | Karen McKenna, 31 W. 6th Avenue, Runnemede, NJ 08078-1315 |
| 521296930 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Rc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 521296931 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 521243934 | *+ | Syncb/ebay, PO Box 71737, Philadelphia, PA 19176-1737 |
| 521296932 | *+ | Syncb/ebay, PO Box 71737, Philadelphia, PA 19176-1737 |
| 521296934 | *+ | Syncb/ebay, PO Box 71737, Philadelphia, PA 19176-1737 |
| 521243935 | * | Syncb/ebay, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 521296933 | * | Syncb/ebay, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

| | | |
|---|---|---|
| 521296935 | * | Syncb/ebay, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 521296937 | * | Usaa Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |
| 521296936 | * | Usaa Federal Savings Bank, 10750 McDermott Fwy, San Antonio, TX 78288-0002 |
| sp | ##+ | Kristen E. Johnson, 940 Cedar Bridge Avenue, Unit 1, Brick, NJ 08723-4170 |

TOTAL: 0 Undeliverable, 32 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Richard B. McKenna Jr. bkclient@straffilaw.com, g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor Weichert Financial Services bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4