Form loccrtno − loccrtnov27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 26−16647−EJO
Chapter: 13
Judge: Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Richard B. McKenna Jr.
aka Richard McKenna
16 Chesapeake Ct
Barnegat, NJ 08005−2517

Social Security No.:
xxx−xx−7471

Employer's Tax I.D. No.:

**CERTIFICATION OF NO OBJECTION**

I Holly Nizolek , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

16 Chesapeake Court, Barnegat, NJ.

Dated: August 27, 2026
JAN: hwn

Jeanne Naughton
Clerk